```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

PATRICK PUGH,

    Plaintiff,

vs.                              CIVIL ACTION NO. 25-00173-KD-MU

MOBILE METRO JAIL, *et al.*,

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated November 19, 2024 (Doc. 4) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and to comply with the Court's orders.

**DONE** and **ORDERED** this 30th day of July 2025.

                                          s/ Kristi K. DuBose
                                          KRISTI K. DuBOSE
                                          UNITED STATES DISTRICT JUDGE